UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL MOSHIR,

                Plaintiff,

-against-

IGPP U.S.A. INC., et al.,

                Defendants.

23-CV-7989 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 1, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 1, 2023
           New York, New York

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                Chief United States District Judge